IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01315-RPM-MJW
(Consolidated with 07-cv-01319)

TICKETMASTER L.L.C.,

        Plaintiff,

v.

DENVER TICKET COMPANY,

        Defendant.

_____

ORDER FOR CONSOLIDATION
_____

Pursuant to the Joint Motion to Consolidate [3] filed on June 28, 2007, it is

ORDERED that these civil actions are consolidated and will proceed under the above caption and it is

FURTHER ORDERED that the assignment to Magistrate Judge Craig B. Shaffer in 07-cv-01319-WDM-CBS is vacated. Magistrate Judge Michael J. Watanabe will make a determination and enter appropriate orders on this discovery dispute.

DATED: July 6th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge