IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 07-cv-01315- RPM-MJW
(Consolidated with 07-cv-01319)

TICKETMASTER L.L.C.,

Plaintiff,

v.

DENVER TICKET COMPANY,

Defendant.

---

## ORDER

---

THIS MATTER, having come before the Court upon TICKETMASTER'S UNOPPOSED MOTION FOR MODIFIED ENFORCEMENT OF SUBPOENA TO DENVER TICKET COMPANY, and the Court, upon the record and pleadings and briefing submitted, and being fully advised in the premises, orders that the Motion is GRANTED.

IT IS HEREBY ORDERED THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Denver Ticket Company ("DTC") shall respond to Ticketmaster L.L.C.'s Subpoena, as modified by this Order, no later than 30 days from the date of this Order. DTC's response to the Subpoena shall be limited to the following category of documents and information:

ALL DOCUMENTS in DTC's possession or control that reference or relate to the manufacturer or distributor of any automated devices that DTC obtained and that could be used to  purchase tickets from Ticketmaster's website from 2003 to the present, including the automated device software, the documents that explain the use of that software, agreements

-1-

260137

-2-

between DTC and the software manufacturer(s) or distributor(s), and any communications between DTC, or persons acting on behalf of DTC, and the software manufacturer(s) and distributor(s).

It is FURTHER ORDERED that Ticketmaster L.L.C.'s Motion to Compel Compliance with Subpoena to Denver Ticket Company and Denver Ticket Company's Motion to Quash Subpoena to Non-Party Denver Ticket Company are deemed to be withdrawn by the parties.

Date: August 24, 2007

DISTRICT COURT JUDGE

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

-2-

260137