IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01315- RPM-MJW
(Consolidated with 07-cv-01319)

TICKETMASTER L.L.C.,

Plaintiff,

v.

DENVER TICKET COMPANY,

Defendant.

---

**ORDER**   ( Docket No. 20 )

---

THIS MATTER, having come before the Court upon TICKETMASTER'S SECOND

UNOPPOSED MOTION FOR MODIFIED ENFORCEMENT OF SUBPOENA TO DENVER

TICKET COMPANY AND MOTION TO VACATE THE HEARING SET FOR NOVEMBER

13, 2007, and the Court, upon the record and pleadings and briefing submitted, and being fully

advised in the premises, orders that the Motion is GRANTED.

IT IS HEREBY ORDERED THAT, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, Denver Ticket Company ("DTC") shall respond to Ticketmaster L.L.C.'s Subpoena

no later than 10 days from the date of this Order.  DTC's response to the Subpoena shall be

limited to the following category of documents and information:

ALL DOCUMENTS in DTC's possession or control that reference or relate to the

manufacturer or distributor of any automated device software that DTC obtained that could be

used to purchase tickets from Ticketmaster's website from 2003 to the present including, the

documents that explain the use of the software, agreements between DTC and such software

264176

manufacturer(s) or distributor(s), and any communications between DTC, or persons acting on behalf of DTC, and such software manufacturer(s) and distributor(s).

It is FURTHER ORDERED that Ticketmaster L.L.C.'s Motion to Compel Compliance with Subpoena to Denver Ticket Company and Denver Ticket Company's Motion to Quash Subpoena to Non-Party Denver Ticket Company are deemed to be withdrawn by the parties. Further, Elegant Start LLC's Objection is deemed to be withdrawn. Finally, it is ordered that the hearing set for November 13, 2007 is vacated, and that Ticketmaster L.L.C., Denver Ticket Company and Elegant Start LLC shall bear their own respective attorneys' fees and costs in this matter.

Date: October 30, 2007

_____
DISTRICT COURT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

264176